UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 09-cr-00333-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. DAVID HOAG,
**2. JAMES POE**, and
3. PAUL NICKLESS,

        Defendants.

---

**ORDER AND NOTICE OF CHANGE OF PLEA HEARING**

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#31)** on August 28, 2009, by Defendant James Poe. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **November 23, 2009,** at **9:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

---

[1] In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*

3.    The final trial preparation conference set for September 18, 2009, and the September 21, 2009, trial date are **VACATED** as to Defendant Poe, only.

DATED this 31st day of August, 2009.

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge